DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

LEAH PAISNER (NJBN 175362015)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Leah.Paisner@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 19-00440 HSG |
| Plaintiff, | STIPULATION AND ORDER TO EXCLUDE TIME FROM NOVEMBER 4, 2019 TO DECEMBER 2, 2019 |
| v. | |
| CURTIS ANDREW DENTON, | |
| Defendant. | |

STIPULATION AND ORDER
CR 19-00440 HSG                                                          1

It is hereby stipulated by and between counsel for the United States and counsel for the defendant, Curtis Andrew Denton, that time be excluded under the Speedy Trial Act from November 4, 2019 to December 2, 2019. At the status conference on November 4, 2019, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing discovery already produced and in anticipation of potential discovery to be produced. For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time from November 4, 2019 to December 2, 2019 will allow for effective preparation of counsel and review of discovery. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from November 4, 2019 to December 2, 2019 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Special Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED: November 4, 2019 | DAVID L. ANDERSON<br>United States Attorney<br><br>_____/s/_____<br>LEAH PAISNER<br>Special Assistant United States Attorney |
| DATED: November 4, 2019 | _____/s/_____<br>MARK GOLDROSEN<br>Attorney for Defendant<br>Curtis Andrew Denton |

STIPULATION AND ORDER
CR 19-00440 HSG                                         2

**ORDER**

Based on the reasons provided in the stipulation of the parties above and for good cause, the Court finds that failing to exclude the time from November 4, 2019 to December 2, 2019 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from November 4, 2019 to December 2, 2019 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from November 4, 2019 to December 2, 2019 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: 11/5/2019

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge